Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio
Eastern Division

FILED
AUG 1 4 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Siren Lewis

**Plaintiff(s)**
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

CT Corporation System,
CrossCountry Mortgage, Ron Leonard
And all attenders **Defendant(s)**
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 1:23 CV 01591
(to be filled in by the Clerk's Office)

Jury Trial: (check one) ☐ Yes ☑ No

**JUDGE OLIVER**

**MAG. JUDGE PARKER**

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: Sren Lewis
   Address: 5233 Bellaire Blvd #101
   City: Bellaire   State: TX   Zip Code: 77401
   County: Harris
   Telephone Number:
   E-Mail Address:

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: CrossCountry Mortgage
   Job or Title (if known): 1 Corporate Dr. Ste 360
   Address: Lake Zurich
   City: Lake Zurich   State: IL   Zip Code: 60047-8945
   County: Lake County
   Telephone Number: 847-550-7300
   E-Mail Address (if known): custserve@yourmortgageonline.com
   ☐ Individual capacity   ☐ Official capacity

   Defendant No. 2
   Name: Ron Leonhardt Jr.
   Job or Title (if known): CEO
   Address: 6850 Miller
   City: Brecksville   State: OH   Zip Code: 44141
   County: Cuyahoga
   Telephone Number:
   E-Mail Address (if known):
   ☐ Individual capacity   ☐ Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

Defendant No. 3
Name: CT Corporation System
Job or Title (if known):
Address: 1200 South Pine Island
Plantation, FL 33324
City / State / Zip Code
County: Broward
Telephone Number:
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name: Dovenmuehle Mortgage Inc
Job or Title (if known):
Address: 1 Corporate Dr. Ste 360
Lake Zurich, IL 60047
City / State / Zip Code
County: Lake County
Telephone Number: 847-550-7300
E-Mail Address (if known):

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

III. **Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

May 2021 it was brought to my attention this account has me listed as borrower and I'm in fact the beneficiary and sent in due course. I was also brought to my attention this account has been billed to I the agent & beneficiary and I have sent countless affidavits requesting 1. the validity of debt 2. Billing Data Corrections

B. What date and approximate time did the events giving rise to your claim(s) occur?

I sent notarized letters attention Ron J. Leonhardt Jr. CEO of CrossCountry Mortgage 6850 Miller Rd. Brecksville, OH 44141 beginning 8-2021. I have sent copies of corrective action with either no response or a general letter stating it will be looked into.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

CrossCountry Mortgage, Ron J. Leonhardt Jr. CT Corporation Dovenmule violated several federal consumer rights and state rights. I will attach a list of those rights in addition to 3 witnesses of the violations listed below. The damages they caused was a flare in anxiety and stress financial hardship continuously changing the dollar amount, continuous recorded calls after writing and verbalizing I do not wish to have a Robot call me. TSR violation, 12 CFR 1026.13 violation and several others I will attach. DNC violation Combined Community Charity, Fears Law Firm, TXHAF are witnesses to their negligence in handling this account; creating hardship in communication and keeping accurate logs of balance and alleged payments due.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Harrassment, Stress, I recieved some counseling, all had Forced to pay under coercion

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

1) I will attach the monetary amount I am seeking for the violations of my rights.
2) I would like the court to provide a summary judgement per my affidavit being Truth in Maximum.
3) I would like to subpeona the phone calls where I was harassed by CrossCounty Mortgage Employees & the robot as evidence.
4) I would like the account corrected as paid in full.
5) I would like to subpeona all letters sent to the defendents and all attendees as evidence of my due diligence to correct this account.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non-Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 7-28-2023

Signature of Plaintiff: [signature] UCC103.8

Printed Name of Plaintiff: Lewis: Siren-O'Shea/Agent/Beneficiary

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Address: _____

City: _____  State: _____  Zip Code: _____

Telephone Number: _____
E-mail Address: _____